IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

"IN ADMIRALTY"

M & F FISHING, INC., a Nevada
Corporation,

        Plaintiff,

v.                                       CASE NO.: 8:20-cv-00291-CEH-JSS

AMERICAN EAGLE FISHING LLC, a
Florida limited liability company, *in
personam*; TRADITION MARINER, LLC aka
TRADITION MARINER LLC, a Delaware
Limited liability company, *in personam*; and
Does 1-20,
        Defendants.
_____/

## NOTICE OF SERVICE OF RELATED CASE ORDER AND TRACK TWO NOTICE AND INTERESTED PERSONS ORDER FOR CIVIL CASES

COMES NOW the Plaintiff, M & F Fishing, Inc., by and through undersigned counsel, and pursuant to this Court's Order (doc. 3) and serves the attached Related Case Order and Track Two Notice (doc. 3) and Interested Persons Order for Civil Cases (doc. 4) upon counsel for American Eagle Fishing LLC and Tradition Mariner, LLC, in the above styled action.

                                                              Respectfully submitted,

                                                              */s/ Eric C. Thiel*
                                                              Eric C. Thiel – FBN 016267
                                                              BANKER LOPEZ GASSLER P.A.
                                                              501 East Kennedy Boulevard, Suite 1700
                                                              Tampa, FL  33602
                                                              Telephone:  (813) 221-1500
                                                              Facsimile:  (813) 222-3066
                                                              Email: service-ethiel@bankerlopez.com

                                                              Attorney for Plaintiff, M & F Fishing, Inc.

## CERTFICATE OF SERVICE

I HEREBY CERTIFY that on April 13, 2020, a copy of the above and foregoing was served by Email on: Elbert L. Martin, IV, Esq. and David W. McCreadie, Esq. of Lau, Lane, Pieper, Conley & McCreadie, P.A., 100 South Ashley Drive, Suite 1700, Tampa, FL 33602 at emartin@laulane.com; dmccreadie@laulane.com

/s/ Eric C. Thiel
Eric C. Thiel – FBN 016267