IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

"IN ADMIRALTY"

M & F FISHING, INC., a Nevada
Corporation,

        Plaintiff,

v.                                            CASE NO.: 8:20-cv-00291-CEH-JSS

AMERICAN EAGLE FISHING LLC, a
Florida limited liability company, *in
personam*; TRADITION MARINER, LLC aka
TRADITION MARINER LLC, a Delaware
Limited liability company, *in personam*; and
Does 1-20,

        Defendants.

_____/

## JOINT MOTION FOR PARTIES TO MEET TELEPHONICALLY FOR CASE MANAGEMENT REPORT DUE TO COVID-19

COMES NOW the Plaintiff, M & F FISHING, INC., and Defendants AMERICAN EAGLE FISHING, LLC and TRADITION MARINER, LLC, by and through undersigned counsel, and move for entry of an Order permitting the parties to meet telephonically for preparation of the required Case Management Report.

## MEMORANDUM OF LAW

This Court requires the parties to meet in person in order to prepare a case management report pursuant to Local Rule 3.05 and the Related Case Order and Track Two Notice (doc 3). Unfortunately, due to COVID-19, the Governor of Florida and local governmental authorities in Hillsborough County have ordered citizens to limit their movements and personal

interactions outside of their home. In view of the health risks associated with COVID-19 and the applicable stay at home orders declared by governmental authorities, the parties respectfully request that they be permitted to conduct the required meeting to prepare a case management report by telephone.

WHEREFORE, the parties respectfully request this Honorable Court to enter an Order permitting the parties to meet via telephone conference in order to prepare the case management report required in this case, plus any other an further relief this Court deems just in the premises.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 13, 2020, I filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

| /s/ Elbert Martin | /s/ Eric Thiel |
|---|---|
| Elbert L. Martin, IV – FBN 98010 | Eric C. Thiel – FBN 016267 |
| LAU LANE PIEPER, CONLEY & McCREADIE, P.A. | BANKER LOPEZ GASSLER P.A. |
| 100 South Ashley Drive, Suite 1700 | 501 East Kennedy Boulevard, Suite 1700 |
| Tampa, FL 33602 | Tampa, FL 33602 |
| Telephone: (813) 229-2121 | Telephone: (813) 221-1500 |
| Facsimile: (813) 228-7710 | Facsimile: (813) 222-3066 |
| emartin@laulane.com | service-thiel@bankerlopez.com |
| | |
| *Counsel for Defendants* | and |
| American Eagle Fishing, LLC and Tradition Mariner, LLC | Daniel E. Mooney |
| | MOONEY WIELAND PLLC |
| | 802 W. Bannock St., Ste. 500 |
| | Boise, Idaho 83702 |
| | t: 208.401.9219 |
| | f: 208.401.9218 |
| | daniel.mooney@mooneywieland.com |
| | |
| | *Counsel for Plaintiff M & F Fishing, Inc* |