IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

"IN ADMIRALTY"

M & F FISHING, INC., a Nevada Corporation,

    Plaintiff,

v.

CASE NO.: 8:20-cv-00291-CEH-JSS

AMERICAN EAGLE FISHING LLC, a Florida limited liability company, *in personam*; TRADITION MARINER, LLC aka TRADITION MARINER LLC, a Delaware Limited liability company, *in personam*; the F/V AMERICAN EAGLE (Official No. 1206090), *in rem* (by Letter of Undertaking Dtd October 26, 2020); and Does 1-20,

    Defendants.

_____/

## ANSWER TO COUNTERCLAIM

COMES NOW Plaintiff M & F Fishing, Inc. ("**M & F Fishing**"), by and through undersigned counsel, and hereby answers the Counterclaim (Doc. 40) of Defendants American Eagle Fishing LLC and Tradition Mariner, LLC aka Tradition Mariner LLC ("**Defendants**") as follows:

### PARTIES

    1.    Admitted.

    2.    Admitted.

    3.    Admitted.

## JURISDICTION AND VENUE

4. Admitted.

5. Admitted.

## BACKGROUND FACTS

6. Admitted.

7. Admitted.

8. Admitted that the F/V *American Eagle* spotted a school of fish on or about June 17, 2019. Otherwise, denied.

9. Denied.

10. Admitted that the *American Eagle* collided with the F/V *Koorale* on or about June 17, 2019. Otherwise, denied.

11. Admitted that the *American Eagle* collided with the *Koorale* on or about June 17, 2019. Otherwise, denied.

12. Denied.

13. Admitted that the *American Eagle* eventually sailed to Pago Pago to unload her catch after continuing to fish for multiple days following the June 17, 2019 collision. Otherwise, denied.

14. Admitted that the *American Eagle* eventually sailed to New Zealand to undergo repairs after making multiple additional fishing trips following the June 17, 2019 collision. Otherwise, denied.

15. Admitted that Defendants claim approximately $210,587 allegedly resulting from the June 17, 2019 collision. Otherwise, denied.

16. Admitted that Defendants claim approximately $369,600 in loss of use and consequential damages allegedly resulting from the June 17, 2019 collision. Otherwise, denied.

## COUNT I

17. M & F Fishing repeats and realleges each of its responses to paragraphs 1 through 16.

18. The allegations in this paragraph constitute legal conclusions to which no response is required. To the extent a response is required, denied.

19. Denied.

20. Denied.

## AFFIRMATIVE DEFENSES

M & F Fishing pleads the following separate and complete affirmative defenses, on information and belief:

### FIRST AFFIRMATIVE DEFENSE

Defendants' own actions were, in part or in full, the proximate cause of the damages alleged in the Counterclaim.

### SECOND AFFIRMATIVE DEFENSE

Defendants' repairs to the *American Eagle* as alleged in the Counterclaim bettered and extended the useful life of the *American Eagle*. Any damages recoverable by Defendants must accordingly be reduced to reflect betterment.

### THIRD AFFIRMATIVE DEFENSE

Defendants' repairs to the *American Eagle* as alleged in the Counterclaim included work, repairs, and replacements that were not required as a result of the June 17, 2019 collision.

Any damages recoverable by Defendants must accordingly be reduced by the cost of such repairs.

### FOURTH AFFIRMATIVE DEFENSE

Defendants failed to mitigate their damages, if any, and any damages recoverable by Defendants must accordingly be reduced to the extent that such damages were avoidable through mitigation.

### FIFTH AFFIRMATIVE DEFENSE

Any damages recoverable by Defendants must be reduced by the salvage value of the *American Eagle*.

### SIXTH AFFIRMATIVE DEFENSE

Defendants fail to state a claim upon which relief can be granted for punitive damages.

### SEVENTH AFFIRMATIVE DEFENSE

To the extent that Defendants are entitled to punitive damages, any such award must be limited by applicable common law or constitutional limits on punitive damages.

### EIGHTH ARRITMATIVE DEFENSE

At all material times hereto, M & F Fishing was the owner of the *F/V Koorale* ("*Koorale*"), a U.S. flag tuna purse seiner that was in all respects seaworthy and reasonably fit for use.  M & F Fishing further alleges that any and all damages and losses alleged in Defendant's Amended Counterclaim were done, occasioned and incurred without fault on the part of M & F Fishing and without its privity or knowledge, actual or imputed.  Should it be determined, however, that M & F Fishing is liable to any extent in the premises, either jointly or severally, it claims the benefits of the Limitation of Liability Laws of the United States, 46

U.S.C. § 30501 et seq., and all statutes amendatory thereof and supplementary thereto.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 8, 2021, I filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Eric Thiel
Eric C. Thiel – FBN 016267
BANKER LOPEZ GASSLER P.A.
501 East Kennedy Boulevard, Suite 1700
Tampa, FL  33602
Telephone:  (813) 221-1500
Facsimile:   (813) 222-3066
ethiel@bankerlopez.com

and

Daniel E. Mooney
MOONEY WIELAND PLLC
802 W. Bannock St., Ste. 500
Boise, Idaho 83702
t: 208.401.9219
f: 208.401.9218
daniel.mooney@mooneywieland.com

*Counsel for Plaintiff M & F Fishing, Inc*