## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### "IN ADMIRALTY"

M & F Fishing, Inc., A Nevada Corporation,

    Plaintiff,

vs.                                                               Case No. 8:20-cv-00291-CEH-JSS

American Eagle Fishing, LLC, a Florida limited liability company, *in personam;* Tradition Mariner, LLC, aka Tradition Mariner LLC, a Delaware limited liability company, *in personam*; the F/V American Eagle (Official No.: 1206090), its tackle, apparel, and appurtenances, in rem (by Letter of Undertaking dtd October 26, 2020), and DOES 1-20,

    Defendants.
_____/

American Eagle Fishing, LLC, and Tradition Mariner, LLC,

    Counter-Plaintiffs,

v.

M & F Fishing, Inc.,

    Counter-Defendant.
_____/

## NOTICE OF MEDIATOR SELECTION
## AND SCHEDULING OF MEDIATION

PLEASE TAKE NOTICE that M & F Fishing, Inc., American Eagle Fishing, LLC, and Tradition Mariner, LLC ("the Parties") desire to select Louis P. Selig, Esq. of Selig ADR, Caroline Center for Dispute Resolution, 5009 Caroline Street, Suite 100, Houston, Texas 77004-5750, as Mediator. Mr. Selig is not listed as a mediator that is approved by this Court. However, this matter is within this Court's admiralty and maritime jurisdiction, and Mr. Selig has considerable experience in this area of law and is agreeable to both parties. The Parties therefore request he be approved as mediator of this matter.

Alternatively, if Mr. Selig is not approved by the Court, the Parties would select Jacob J. Munch, Munch & Munch, PA, 600 S Magnolia Ave - Ste 325, Tampa, FL 33606.

Both mediators are available to mediate the matter on Monday, November 15, 2021, beginning at 10:00 a.m./EST (9:00 a.m./CST) with Mr. Selig or 09:00 a.m. with Mr. Munch.[1] The mediation would likely take place in Tampa, Florida, with several persons attending by zoom due to the geographically diverse locations of all interested parties.

---

[1] The Parties may seek to re-schedule the deposition earlier by agreement, but this depends in large part on the timing of discovery that the parties have been discussing in depth.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 16, 2021, I filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Eric Thiel_____
Eric C. Thiel – FBN 016267
BANKER LOPEZ GASSLER P.A.
501 East Kennedy Boulevard, Suite 1700
Tampa, FL  33602
Telephone:  (813) 221-1500
Facsimile:   (813) 222-3066
ethiel@bankerlopez.com

and

Daniel E. Mooney
MOONEY WIELAND PLLC
802 W. Bannock St., Ste. 500
Boise, Idaho 83702
t: 208.401.9219
f: 208.401.9218
daniel.mooney@mooneywieland.com

*Counsel for Plaintiff M & F Fishing, Inc*