UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

M & F FISHING, INC.,

      Plaintiff,

v.                                                                                  Case No: 8:20-cv-291-T-36JSS

AMERICAN EAGLE FISHING LLC
and TRADITION MARINER, LLC,

      Defendants.
_____/

## ORDER

THIS MATTER is before the Court on Defendants' Motion to Compel ("Motion") (Dkt. 50) and Plaintiff's Response (Dkt. 55). On October 5, 2021, the Court conducted a hearing on the Motion. Upon consideration, and for the reasons stated during the hearing, it is **ORDERED** that Defendant's Motion to Compel (Dkt. 50) is **GRANTED in part** and **DENIED in part** as follows:

1.     Defendant's Motion is **GRANTED** insofar as Plaintiff is directed to supplement its response to Defendants' Requests for Admission Nos. 5 through 14 on or before October 15, 2021. *See Drutis v. Rand McNally & Co.*, 236 F.R.D. 325, 331 (E.D. Ky. 2006) (directing plaintiffs to supplement their response to defendant's requests for admission after consulting with their expert).

2.      Defendant's Motion is otherwise **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida, on October 6, 2021.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record